IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NORTH PENN TOWNS, LP**, directly and as assignee of Philmont Country Club, <br><br> Plaintiff, <br><br> v. <br><br> **CONCERT GOLF PARTNERS, LLC, et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 19-4540-KSM** |

## ORDER

**AND NOW**, this 26th day of August, 2021, upon consideration of Plaintiff's Motion for Reconsideration and Leave to File an Amended Complaint (Doc. No. 55) and the parties' Stipulation (Doc. No. 56), it is **ORDERED** as follows:

1. Plaintiff's Motion for Reconsideration is **DENIED**;

2. Plaintiff's Motion for Leave to File an Amended Complaint is **GRANTED**. The Clerk of Court is directed to docket Plaintiff's Amended Complaint (Doc. No. 55-2 (Ex. A));

3. The Stipulation is **GRANTED**, and Defendants shall answer or otherwise respond to Plaintiff's Amended Complaint by **September 9, 2021**.[1]

**IT IS SO ORDERED**.

/s/KAREN SPENCER MARSTON
_____
KAREN SPENCER MARSTON, J.

---

[1] Further, the telephonic status conference scheduled for August 31, 2021 at 9:00 a.m. is **CANCELLED**.