IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **NORTH PENN TOWNS, LP**, directly and as assignee of Philmont Country Club, <br><br> Plaintiff, <br><br> *v.* <br><br> **CONCERT GOLF PARTNERS, LLC, et al.**, <br><br> Defendants. | **CIVIL ACTION** <br><br> **NO. 19-4540-KSM** |

## ORDER

**AND NOW**, this 5th day of July, 2022, it is **ORDERED** as follows:

1. Lead counsel for the parties shall appear for **oral argument** on Defendants' Motions for Summary Judgment (Doc. Nos. 100, 101) on **July 19, 2022 at 1:00 p.m.**, Courtroom TBD, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.[1]

2. Upon consideration of Plaintiff's letter request seeking an extension of time to respond to Defendants' motions *in limine*, it is **ORDERED** that the request is **GRANTED** and Plaintiff and Defendants shall file responses by **July 15, 2022**.

3. Upon consideration of Plaintiff's letter request dated June 30, 2022 (Doc. No. 136), asking us to strike the Concert Defendants' June 28, 2022 submission (Doc. No. 135), and upon consideration of the Concert Defendants' letter response (Doc. No. 137), it is **ORDERED** that Plaintiff's request is **DENIED**. However, the Court directs the

---

[1] The Court has determined that it will not need to conduct a *Daubert* hearing.

Concert Defendants to file a revised version of its replies to Plaintiff's responses, which shall include any inadvertent omissions (*see* Doc. No. 137), by **July 8, 2022**.

**IT IS SO ORDERED.**

*/s/ Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.